**FILED**
**9/28/2012**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**RECEIVED**
JUL 3 0 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

N.P.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Ubaldina Sandoval
_____
(Name of the plaintiff or plaintiffs)

v.

Elite Staffing
_____
(Name of the defendant or defendants)

CIVIL ACTION

12-cv-05965
Judge John A. Nordberg
Magistrate Judge Maria Valdez

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is **Ubaldina Sandoval** of the county of **DuPage** in the state of **IL**.
3. The defendant is **Elite Staffing**, whose street address is **1240 Meachum Rd.**, (city) **Itasca** (county) _____ (state) **IL** (ZIP) **60143**
   (Defendant's telephone number) **(630) – 202-4162**

II The plaintiff sought employment or was employed by the defendant at (street address) **Same as above** (city)_____ (county)_____ (state)_____ (ZIP code)_____

5. The plaintiff [check one box]
   (a) ☐ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) **April**, (day) _____, (year) **2012**.

7.1     <u>*(Choose paragraph 7.1 or 7.2, do NOT complete both.)*</u>

        (a)   The defendant is not a federal governmental agency, and the plaintiff   *[check one box]*

        ☐ has not   ☐ has filed a charge or charges against the defendant asserting the acts of

        discrimination indicated in this complaint with any of the following government agencies:

    (i)     ☒ the United States Equal Employment Opportunity Commission, on or about
            (month) __6__ (day) __11__ (year) __12__ .

    (ii)    ☐ the Illinois Department of Human Rights, on or about
            (month)_____ (day)_____ (year)_____ .

(b) If charges *were* filed with an agency indicated above, a copy of the charge is ttached.  ☒ YES. ☐ NO,

**but plaintiff will file a copy of the charge within 14 days**.
It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and
       (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

        ☐   Yes (month)_____ (day)_____ (year) _____
        ☐   No, did not file Complaint of Employment Discrimination

    2.   The plaintiff received a Final Agency Decision on (month)_____
       (day) _____ (year) _____ .
    c.   Attached is a copy of the

       a.   Complaint of Employment Discrimination,
        ☐ YES   ☐ NO, but a copy will be filed within 14 days.

   (ii)   Final Agency Decision
        ☒ YES   ☐ NO, but a copy will be filed within 14 days.

8.     (Complete paragraph 8 only if defendant is not a federal governmental agency.)

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) __6__ (day) __20__ (year) __2012__ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☒ Age (Age Discrimination Employment Act).
(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.
(b) ☒ terminated the plaintiff's employment.
(c) ☐ failed to promote the plaintiff.
(d) ☐ failed to reasonably accommodate the plaintiff's religion.
(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
(f) ☐ failed to stop harassment;
(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
(h) ☐ other (specify):_____

_____
_____
_____
_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

My husband and I reported to work for a training and were told that the training had been cancelled. We were not dressed to work as it was very cold so we were sent home. Later that evening we were told that we were terminated because we didn't work that day. Younger people under the age of 40 were not terminated for similar circumstances.

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.
(b) ☒ Direct the defendant to re-employ the plaintiff.
(c) ☐ Direct the defendant to promote the plaintiff.
(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
(f) ☐ Direct the defendant to (specify): _____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

UVAIDINA SV
Plaintiff's signature

Uveldina Sandoval
Plaintiff's name

Plaintiff's street address  382 Catalpa Ave

City Wood dale   State IL    ZIP 60191

Plaintiff's telephone number  630-509-2004

Date: 7-30-12

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2012-03610 |
|---|---|---|

Illinois Department of Human Rights _____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Ubaldina Sandoval | Home Phone (Incl. Area Code)<br>(630) 509-2064 | Date of Birth<br>05-15-1963 |
|---|---|---|
| Street Address<br>382 Catalpa Avenue, Wood Dale, IL 60191 | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>ELITE STAFFING | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(630) 202-4162 |
|---|---|---|
| Street Address<br>1240 Meacham Road, Itasca, IL 60143 | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and ZIP Code | |

RECEIVED EEOC
JUN 11 2012
CHICAGO DISTRICT OFFICE

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☐ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest _____ Latest 04-11-2012<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment in or about December 2005. My last position was Packer. During my employment, I was discharged.

I believe I have been discriminated against because of my age, 48, (D.O.B.: May 15, 1963), in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 06/07/12  UBALDINA Sandoval<br>Date  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EEOC Form 161 (11/09)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Ubaldina Sandoval
382 Catalpa Avenue
Wood Dale, IL 60191

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2012-03610 | Gabrielle Perez, Investigator | (312) 869-8079 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

John P. Rowe, District Director     6/18/12 (Date Mailed)

Enclosures(s)

cc: **ELITE STAFFING**