**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UBALDINA SANDOVAL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12-cv-05965 |
| | ) | |
| v. | ) | Honorable John A. Nordberg |
| | ) | |
| ELITE STAFFING, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Elite. | ) | |
| | ) | |

**PROPOSED SCHEDULING ORDER**

Plaintiff, Ubaldina Sandoval ("Sandoval") and Defendant, Elite Staffing, Inc. ("Elite"),
by and through their respective attorneys, hereby submit the following Proposed Scheduling
Order:

1.  **Initial Status Report.**  Counsel for the parties submitted an Initial Status Report to
    the court on August 14, 2013.

2.  **Initial Disclosures.**  The parties will complete by **September 10, 2013,** the initial
    disclosures required by FED. R. CIV. P. Rule 26(a)(1).

3.  **Discovery Plan.**  The parties propose this discovery plan:

    (a)  Discovery will be needed on these subjects:

        1.  Alleged claims of age discrimination;

        2.  Communications: oral, written and electronic (if applicable);

        3.  Extent of alleged damages; and

        4.  Defenses.

    (b)  Disclosure or discovery of electronically stored information should be handled
         as follows: Elite does not anticipate making voluminous productions of
         electronic data.  As such, Elite proposes that documents be produced in paper
         form including all electronically-stored records.

(c)     The Parties do not anticipate any disputes relating to privilege or work product.  The Parties may enter into a protective order concerning production any confidential information in this matter and, if they do, they will request that the Court approve that order.   Inadvertently-produced privileged information will be returned to the producing party upon notice that privileged information was inadvertently disclosed.   The parties agree that the inadvertent information does not constitute a waiver of any privilege.

(d)     All discovery is to be commenced in time to be completed by **February 28, 2014.**

(e)     The parties propose that each side be limited to a total of 25 interrogatories and 50 requests for the production of documents; answers, responses and any objections will be due 60 days after being served with the interrogatories and request to produce.

(f)     The parties propose that each side be limited to a total of 30 requests for admission, the parties agree that a matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection.

(g)     A maximum of 5 depositions per side, excluding experts and medical providers, with the possibility that additional depositions of third-party witnesses may be required depending upon the discovery responses.

(h)     The length of time to conduct depositions will be limited to 1 day per deponent not to exceed 7 hours.

(i)     The parties do not anticipate the use of experts in this matter and request that, to the extent experts may be necessary, expert discovery be taken after ruling on dispositive motions.

(j)     The parties will supplement its responses to interrogatories, request for production and request for admission in a timely manner.


4.     **Dispositive Motions.**     The parties will file dispositive motions 45 days after the close of discovery.


5.     **Trial.**     If no dispositive motion is pending, the parties anticipate being ready for trial as of **June 2, 2014** and anticipate trial to last between 3 and 4 days.

6.     **Amendments to Pleadings.**     Amendments to pleadings, if any, shall be made within 14 days of the completion of non-expert oral discovery.

DATED:     August 14, 2013.          Respectfully submitted,

By: /s/ Nathan Neff                                 By: /s/ Jennifer L. Colvin
      One of the Attorneys for Plaintiff             One of the Attorneys for Elite
      **UBALDINA SANDOVAL**                     **ELITE STAFFING, INC.**

Nathan Neff                                     Jennifer L. Colvin (ARDC No. 6274731)
**NEFF LAW GROUP P.C.**                 **OGLETREE, DEAKINS, NASH,**
410 N. Orleans Street, Suite 210              **SMOAK & STEWART, P.C.**
Chicago, Illinois 60654                    155 North Wacker Drive, Suite 4300
Telephone:  312.667.4484                Chicago, Illinois 60606
Facsimile:  312.264.0756                 Telephone:    312.558.1220
nathan@nefflawgroup.com                Facsimile:     312.807.3619
                                       jennifer.colvin@ogletreedeakins.com